UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL VERVERIS, )
Plaintiff, )
)
v. ) C.A. No. 13-cv-30175-MAP
)
STEVEN KENT, ET AL., )
Defendants. )

MEMORANDUM AND ORDER REGARDING DEFENDANTS' MOTIONS FOR JUDGMENT ON THE PLEADINGS AND FOR SUMMARY JUDGMENT
(Dkt. Nos. 51, 54, 55, 56, & 59)

January 15, 2015

PONSOR, U.S.D.J.

Counsel appeared on January 14, 2015, for argument on various pending dispositive motions. The court's rulings are as follows.

A. Motion of Defendants Kent and Mitchell for Judgment on the Pleadings as to Counts V and VI (Dkt. No. 51).

This motion is hereby ALLOWED, for the reasons set forth by this court in connection with the Motion to Dismiss filed by Defendant Delaney. See Dkt. No. 50.

B. Motion of Defendants Collins, Delamarter, Gentile, Roberson and Van Zandt for Judgment on the Pleadings as to Counts V and VI (Dkt. No. 54).

This motion is hereby ALLOWED, for the reasons set forth above.

C. Motion of Defendant Collins for Judgment on the Pleadings as to Count IX (Dkt. No. 55).

This motion is hereby ALLOWED. The record does not support a claim against this Defendant for any violation of the Massachusetts Civil Rights Act based upon "intimidation, threats, and coercion."

D. Motion of Defendant City of Springfield for Summary Judgment as to Counts VII and VIII (Dkt. No. 56).

This motion is hereby ALLOWED, in part. The motion is ALLOWED as to Count VII, since it raises, in essence, the same claim previously rejected by this court regarding suppression of exculpatory evidence. As to Count VIII, however, the motion is DENIED. There are sufficient disputed issues of fact to support Plaintiff's claim that the violation of his civil rights stemmed from an established custom or policy of the City of Springfield.

E. Motion of Defendants Collins and Van Zandt for Partial Summary Judgment as to Counts I, XII and XIII (Dkt. No. 59).

This motion is unopposed and is therefore hereby ALLOWED.

Counsel will be appearing before this court on February 11, 2015, for a final pretrial conference. Trial is scheduled for February 23, 2015. At the final pretrial

conference, the court will expect to hear from counsel as to whether any discussions regarding resolution of the case have occurred.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge