UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL VERVERIS, et al., )
          Plaintiff )
           )
   v. )   Civil Action No. 13-30175-MAP
           )
STEVE KENT, et al., )
          Defendants )

SETTLEMENT ORDER OF DISMISSAL
February 13, 2015

The court, having been advised on February 13, 2015 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk